**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.  SA CV 14-0876-DOC (ANx)                   Date:  May 16, 2016

Title: KIRK HINSHAW, ET AL. V. VIZIO, INC.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
None Present                               None Present

**PROCEEDINGS (IN CHAMBERS):**    **ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [43]**

On May 9, 2016, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement ("Motion") (Dkt. 43). The Motion is not opposed by Defendant Vizio, Inc. ("Vizio" or "Defendant"). A hearing on the Motion is scheduled for May 27, 2016 at 8:30 a.m. Scheduling Notice (Dkt. 44).

Having conducted an initial review of the Motion, the Court seeks clarifiation and/or requests additional information on the following issues:

1. In the Motion, Plaintiffs state "[t]he total value of the settlement is $2,346,340 with no reversion." Mot. at 2. The majority of this amount – $1,826,340 – consists of $4.99 credits for digital content to the each of the 366,000 class members. Each member of the class for whom Vizio has an email address will automatically be sent the credit if the settlement is approved. However, since Vizio does not know the names and email addresses of the class members who did not register their television, those class members will be required to submit an online claim form within 120 days of the preliminary approval in order to receive the free credit.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 14-0876-DOC (ANx)                                                      Date: May 16, 2016
                                                                                                                    Page 2

> The Court seeks clarification on this issue. Specifically, what happens to the portion of the $1,826,340 that goes unclaimed (i.e. the credits leftover from the Class Members who did not submit the claims form)? Will those funds be redistributed in some way? Or will those credits simply be retained by Vizio?

2. In relevant part, Section 12.1.1 of the Settlement Agreement provides:

   > Subject to final approval by the Court of the Settlement, and for good and valuable consideration set forth herein, the receipt and sufficiency of which is hereby acknowledged, all Releasing Settlement Class Members do hereby irrevocably release, acquit, and forever discharge VIZIO of and from any and all claims, rights, causes of action, penalties, demands, damages, debts, accounts, duties, costs and expenses (other than those costs and expenses required to be paid pursuant to this Agreement), liens, charges, complaints, causes of action, obligations, or liability of any and every kind that (1) were asserted in the Litigation or (2) are based upon, arise out of or reasonably relate to the inability of the Settlement Class Members to receive streaming video from Amazon Instant Video for a period of time, whether such claims are now known or unknown to the Plaintiff or the Settlement Class Members (the "Released Claims").

   The Court would like clarification on the phrase "period of time." Does that refer to any period of time, even a future time period? That is, are class members releasing any future claims arising out of the inability to receive streaming from Amazon Instant Video? Or does that phrase simply refer to the period of time (January 1, 2014 to June 23, 2014) at issue in this suit?

   The parties shall submit a joint response to these inquiries on or before **May 20, 2016.**

   The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                          Initials of Deputy Clerk: djg
CIVIL-GEN