Ekwan E. Rhow - State Bar No. 174604
   eer@birdmarella.com
David I. Hurwitz - State Bar No. 174632
   dih@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant VIZIO, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIRK HINSHAW, individually, and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>VIZIO, INC., and DOES 1 through, 100, inclusive. | CASE NO. SACV14-00876-DOC (ANx)<br><br>CLASS ACTION<br><br>**JOINT RESPONSE TO MAY 16, 2016 ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: May 27, 2016<br>Time: 8:30 a.m.<br>Crtrm.: 9D<br><br>Assigned to Hon. David O. Carter |

    Plaintiff Kirk Hinshaw and defendant VIZIO, Inc., by the undersigned counsel, submit this joint response to the Court's requests for clarification and additional information regarding the Motion for Preliminary Approval of Class Action Settlement, set for hearing on May 27, 2016.

    1.    The Court requested clarification on the issue of what happens to the portion of the credits that go unclaimed (*i.e.* the credits leftover from the Class Members who did not submit the claim form):

    Under the terms of the Settlement Agreement, each member of the settlement class has the right to receive a $4.99 digital credit for Amazon Instant Video. As the Court noted, if the settlement is approved, these digital credits will be distributed to

1 each member for whom VIZIO has an email address without their having to submit
2 a claim.  VIZIO has email addresses for approximately 57% of the settlement class
3 of 366,000 televisions.  In addition, VIZIO will provide notice to the settlement
4 class members (whether registered or not) via their televisions, as well as by
5 publication.  If those class members whose email addresses are unknown to VIZIO
6 submit a claim form, they will be provided the $4.99 digital credit.

7      Responding to the Court's specific inquiry, as to those class members whose
8 email addresses are unknown to VIZIO, the portion of the available credits that go
9 unclaimed will not be redistributed or paid by VIZIO.

10      2.     The Court requested clarification of the phrase "period of time":

11      The phrase "period of time" used in Section 12.1.1 of the Settlement
12 Agreement refers to the period of time (January 1, 2014 to June 23, 2014) at issue in
13 this lawsuit.  Class members are not releasing any future claims that may arise out of
14 the inability to receive Amazon Instant Video.  The proposed Final Judgment that
15 will be submitted to the Court will clarify the release by replacing "for a period of
16 time" with "from January 1, 2014 to June 23, 2014."

17      Pursuant to L.R. 5-4.3.4, I, David Hurwitz, attest that all signatories listed, on
18 whose behalf this filing is submitted, concur in its content and authorize its filing.

19      Respectfully submitted,

20 DATED:  May 20, 2016     THE SPENCER LAW FIRM

21
22      By:    /s/
23      Jeffrey Spencer
     Attorneys for Plaintiff Kirk Hinshaw

24 DATED:  May 20, 2016     Bird, Marella, Boxer, Wolpert, Nessim,
25      Drooks, Lincenberg & Rhow, P.C.

26      By:    /s/
27      David I. Hurwitz
     Attorneys for Defendant VIZIO, Inc.
28