**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 14-0876-DOC (ANx)                    Date:  June 14, 2016

Title: KIRK HINSHAW, ET AL. V. VIZIO INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|   Deborah Goltz   |   Not Present   |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER VACATING HEARING**

On May 27, 2016, the Court held a hearing on the Motion for Preliminary Approval of Class Action Settlement ("Motion") (Dkt. 51). The parties filed a stipulation regarding the deadline to file an Amended Settlement Agreement. The stipulation also requested an additional hearing, which the Court set for June 16, 2016, at 4:30 p.m. (Dkts. 52, 55).

The Court is in receipt of the parties' Amended Settlement Agreement, and based on the revisions contained therein, the Court no longer finds another hearing on the Motion is necessary. Thus, the Court VACATES the hearing currently scheduled for June 16, 2016. The Court will issue an Order on the Motion shortly.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                         Initials of Deputy Clerk: djg
CIVIL-GEN