1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

11
12
13
14
15
16
17

| | |
|---|---|
| KIRK HINSHAW, individually, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VIZIO, INC., and DOES 1 through,<br><br>100, inclusive. | CASE NO. SA CV14-00876-DOC (ANx)<br><br>CLASS ACTION<br><br>**ORDER GRANTING CONDITIONAL CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** |

18
19
20
21
22

This matter has come before the Court for (1) certification of a Settlement Class pursuant to the terms of an Amended Settlement Agreement dated June 13, 2016 (the "Agreement"); (2) preliminary approval of the Settlement; and (3) approval of the Plan of Notice to members of the Settlement Class of the Settlement.

23
24
25

The Court hereby ORDERS that (1) the Settlement Class is certified for purposes of settlement; (2) the Settlement is Preliminarily Approved; and (3) the Plan of Notice is approved.

26
27
28

Certification of the claims advanced by the Settlement Class will achieve a definite and certain result for the benefit of the Settlement Class and is preferable to continuing litigation in which the Settlement Class would necessarily encounter

1  substantial risk, uncertainty, delay, and cost. This Order is entered exclusively for
2  this Settlement purpose. Capitalized terms in this Order shall have the same
3  meanings as set forth in the Agreement.

4  　　　Preliminarily, this Court finds the following terms and conditions shall apply
5  to this Order:

6  　　　1.　　This Order includes a conditional class certification for Settlement
7  purposes only.

8  　　　2.　　The Agreement pursuant to which this Order is entered contains a
9  claims process by which members of the Settlement Class may receive a customer
10 credit redeemable through Amazon Instant Video as provided for in the Agreement.

11 　　　3.　　If for any reason this Court does not finally approve the Agreement, or
12 if the Settlement Effective Date as defined in the Agreement does not occur, the
13 conditional certification of the Settlement Class shall be deemed null and void
14 without further action by this Court or any of the Parties. In such circumstances,
15 each Party shall retain all of its respective currently existing rights to seek or to
16 object to the certification of this litigation as a class action under Fed. R. Civ. P. 23
17 or any other California State or Federal Rule, statute, law, or provision, and to
18 contest and appeal any grant or denial of certification in this litigation or in any
19 other litigation on any other grounds.

20 　　　4.　　Plaintiff and VIZIO have agreed that, other than to effectuate and
21 enforce the Settlement of this Litigation as between the Settlement Class Members
22 and VIZIO, the certification of the Settlement Class for settlement purposes and all
23 documents related thereto, including the Agreement and all accompanying exhibits
24 and all orders entered by the Court in connection with the Agreement, are not
25 intended to be otherwise admissible as evidence in this Litigation, and are not
26 intended to be used in any judicial, arbitral, administrative, investigative, or other
27 court, tribunal, forum or other proceeding.

28 　　　5.　　In accordance with the foregoing terms, conditions, and purpose, and in

1  accordance with Section 5.1 of the Agreement, this Court ORDERS that the

2  Settlement Class be certified as follows:

3

4

5

6

> All persons residing in the United States who purchased a
> VIZIO television between January 1, 2014 and June 23,
> 2014 and were unable to access streaming content from
> Amazon Instant Video after connecting the television to
> the internet.

7      6.    Named Plaintiff Kirk Hinshaw is hereby appointed as the Class

8  Representative.

9      7.    Jeffrey Spencer of the Spencer Law Firm and Jeffrey Wilens of

10  Lakeshore Law Center are hereby appointed as Class Counsel.

11      8.    The claims certified pursuant to this Order consist of claims arising

12  from the conduct referred to in the Litigation, as those terms are defined in the

13  Agreement, irrespective of the particular common law, statutory, or equitable

14  doctrine or theory advanced in support of the claim or claims.

15      9.    With respect to the Settlement Class, and solely for the purposes of

16  effectuating the Settlement, this Court finds and concludes that the requirements of

17  Fed. R. Civ. P. 23(a) and 23(b)(3) are satisfied.

18      10.    The Settlement Class meets the requirements of Rule 23(a) of the

19  Federal Rules of Civil Procedure as follows:

20      a. Members of the Settlement Class are sufficiently numerous that

21  joinder of all members would be impracticable.

22      b. The claims of the Class Representatives are typical of the claims of

23  the members of the Settlement Class they represent.

24      c. There exist questions of law or fact that are common to the claims of

25  members of the Settlement Class.

26      d. The Class Representatives and Class Counsel will fairly and

27  adequately protect the interests of the members of the Settlement Class.

28      11.    The Settlement Class meets the requirements of Rule 23(b)(3) of the

1  Federal Rules of Civil Procedure as follows:

2            a. Questions of law or fact common to the claims of the Settlement
3  Class predominate over any questions affecting only individual members of the
4  Settlement Class.

5            b. A class action is superior to other available methods for fairly and
6  efficiently adjudicating the controversy.

7        12.    Upon review of the record and the Agreement, the Court finds that the
8  proposed Agreement, under which VIZIO has agreed to create a non-reversionary
9  Settlement Fund with a value of $2,346,340 (The Gross Settlement Fund, "GSF")
10  which shall be composed of both a Cash Component and a Credit Voucher
11  Component which provides customer credits redeemable through Amazon Instant
12  Video in return for a release of all claims as set forth in the Agreement, was arrived
13  at after extensive arm's length negotiations with the assistance of a mediator falls
14  within the range of possible approval; and is hereby preliminarily approved, subject
15  to further consideration at a final fairness hearing to be scheduled at a later time.

16        13.    The Court appoints CPT Group, Inc. as Claims Administrator, with
17  responsibility for class notice and claims administration.

18        14.    The Court finds the form, timing and manner of giving notice to the
19  Settlement Class as set forth in the Agreement fully satisfies the requirements of
20  Rule 23 of the Federal Rules of Civil procedure, the Due Process Clause of the
21  United States Constitution, and any and all other applicable laws, constitutes the
22  best notice practicable under the circumstances, and shall constitute due and
23  sufficient notice to all persons entitled thereto.  The Court approves the forms of the
24  Long Form Notice, TV Notice, Publication Notice and Claim Form attached to the
25  Agreement as Exhibits 1 through 4 respectively.

26        15.    Notice shall be issued expeditiously pursuant to the plan of notice in
27  the Agreement. The Claims Administrator shall provide notice via email by July 6,
28  2016 (20 days following the entry of this Order).

1    16.    VIZIO will transmit a message to the Settlement Class Members via the
2    internet directly to their televisions (the "TV Notice"). The TV Notice will be
3    displayed a total of two times, with the first phase of the TV Notices commencing
4    within 20 days of entry of a Preliminary Approval Order, and the second phase
5    commencing five days thereafter. The two phases of the Television Notice will be
6    completed by July 29, 2016.

7    17.    The Claims Administrator shall cause notice to be published in the
8    USA Today by July 6, 2016.

9    18.    The Claims Administrator shall post the Long Form Notice, online
10   claim form and case related materials on the settlement website by July 1, 2016.

11   19.    The Settlement Class Members have up to September 6, 2016 to opt
12   out.

13   20.    The Court sets a Hearing on the Motion for Final Approval of the
14   Settlement for October 31, 2016 at 8:30 a.m. Plaintiff shall file a Motion for Final
15   Approval of the Settlement and for Attorney's Fees and Costs by October 3, 2016.
16   Any Opposition or Objections shall be filed by October 17, 2016.  Replies to any
17   Opposition or Objections shall be filed by October 24, 2016.

18

19   DATED:  June 16, 2016

20

21   _David O. Carter_

22   Hon. David O. Carter
     U.S. District Judge

23

24

25

26

27

28